# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1131
_____

K.I.R., Mother of C.B., MINOR
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

November 10, 2025


PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

K.I.R., pro se, Appellant.

Kelley Schaeffer, Appellate Counsel, Children's Legal Services, Bradenton, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Jaime Michelle Generazzo, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.